IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff, | * | CASE NO.:  RDB-13-649 |
| v. | * | |
| MICHAEL HAYDEN, ET AL. | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW APPEARANCE

NOW COMES Kenneth W. Ravenell, attorney for Michael Hayden and Michael Hayden, Jr. Inc., pursuant to Local Rule 201(3), moves this Court for an Order withdrawing his appearance in this case on the following grounds:

1. Undersigned counsel is unable to continue as counsel in this case.

2. William H. Murphy, Jr., who represented Mr. Hayden at the initial appearance, will represent Mr. Hayden at his sentencing hearing, scheduled for December 17, 2014.

WHEREFORE, counsel requests that this Court enter an order that permits Kenneth W. Ravenell to withdraw as attorney of record for Defendants Michael Hayden and Michael Hayden, Jr. Inc.

Respectfully submitted,

/s/ Kenneth W. Ravenell
Kenneth W. Ravenell
Murphy, Falcon & Murphy
One South Street, 23rd Floor
Baltimore, Maryland 21202
***Attorney for Michael Hayden and Michael Hayden, Jr. Inc.***

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 26, 2014, a copy of the foregoing document was noticed via CM/ECF to all parties.

>                               */s/* Kenneth W. Ravenell
>                               Kenneth W. Ravenell

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| Plaintiff, | * | CASE NO.:  RDB-13-649 |
| v. | * | |
| **MICHAEL HAYDEN, ET AL.** | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER STRIKING APPEARANCE

The Motion to Withdraw Appearance of Kenneth W. Ravenell, having been considered, it is this ___ day of _____, 2014, ORDERED that the Motion be and hereby is GRANTED, and the appearance of Kenneth W. Ravenell is stricken as attorney of record for Defendants Michael Hayden and Michael Hayden, Jr., Inc.

_____
RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE